United States District Court
Southern District of Texas
**ENTERED**
October 03, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NANCY ALEJANDRA ZUNIGA & <br> CLAUDIA ELIZABETH ZUNIGA | § <br> § <br> § | |
| v. | § <br> § | Civil Action No. B-17-149 |
| KENNETH WADE JACKSON & <br> AMERICAN TRANSPORT, INC. | § <br> § | |

## JUDGMENT

On July 26, 2017, the Defendants removed the case to this Court from the 138th Judicial District Court in Cameron County, Texas. Dkt. No. 1.

On August 31, 2017, the Defendants filed counterclaims against the Plaintiffs. Dkt. No. 3.

On September 25, 2017, the parties filed an agreed proposed judgment, where the Plaintiffs would take nothing on their claims against the Defendants and the Defendants would take nothing on their counterclaims against the Plaintiffs. Dkt. No. 4.

It is **ORDERED** that Plaintiffs Nancy Alejandra Zuniga and Claudia Elizabeth Zuniga take nothing for any claims raised against Defendants Kenneth Wade Jackson and American Transport, Inc.

It is **ORDERED** that Counter-Plaintiffs Kenneth Wade Jackson and American Transport, Inc., take nothing for any claims raised against Counter-Defendants Nancy Alejandra Zuniga and Claudia Elizabeth Zuniga.

Each party shall bear its own fees and costs. This is a final and appealable order that disposes of all claims made against all parties. Any relief not specifically granted is denied.

DONE at Brownsville, Texas, on ~~September~~ October 2, 2017.

Andrew S. Hanen
United States District Judge